## Filing / Service Charges



**Court**   CO Denver County District Court 2nd JD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 2011CV2654 | | | | | |
| Case Style: | GRYNBERG, JACK J vs. BAR S SERV INC et al | | | | | |

| Transaction ID: | 37458776 | | | Authorized By: | Robert G Pickering | |
| Billing Ref: | | | | Filed By: | Robert G Pickering | |
| Documents: | Notice of Removal | | | | 3 Page(s) | |
| | Exhibit A | | | | 20 Page(s) | |
| | Exhibit A 2 | | | | 10 Page(s) | |
| | Exhibit A 3 | | | | 8 Page(s) | |
| Parties: | BAR S SERV INC (Defendant) | | | Client: Matter: | | |
| | SMITH, GREG K (Defendant) | | | Client: Matter: | | |
| | SMITH, PATRICIA M (Defendant) | | | Client: Matter: | | |

| Charges: | Product / Service | Date | | Fee | Tax | Total |
|---|---|---|---|---|---|---|
| | Court Cost Recovery Fee | 5/6/2011 | 7:16:05PM | $2.00 | $0.00 | $2.00 |
| | Filing | 5/6/2011 | 7:16:05PM | $5.00 | $0.00 | $5.00 |
| | Online Service | 5/6/2011 | 7:16:05PM | $6.50 | $0.00 | $6.50 |
| | **Total:** | | | **$13.50** | **$0.00** | **$13.50** |
| **Summary for Case** | **2011CV2654** | | | **$13.50** | **$0.00** | **$13.50** |

Civil No.
11-CV-269

Defendant's
Exhibit
C

## Research Fees

| Item: | Report - Documents By Case | Date: | 5/1/2011  8:12:10AM | Qty: | 1 | Fee: | $10.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60778560 | | | Tax: | $0.00 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $10.00 |
| Case Number: | | Case Style: | | | | | |
| Doc Title: | | | | | | | |
| Description: | | | | | | | |

| Item: | Report - Documents By Case | Date: | 5/2/2011  12:55:03PM | Qty: | 1 | Fee: | $10.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60797498 | | | Tax: | $0.00 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $10.00 |
| Case Number: | | Case Style: | | | | | |
| Doc Title: | | | | | | | |
| Description: | | | | | | | |

| Item: | Report - Documents By Case | Date: | 5/6/2011  2:58:21PM | Qty: | 1 | Fee: | $10.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60995904 | | | Tax: | $0.00 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $10.00 |
| Case Number: | | Case Style: | | | | | |
| Doc Title: | | | | | | | |
| Description: | | | | | | | |

| Item: | Document Fee | Date: | 5/1/2011  8:12:49AM | Qty: | 1 | Fee: | $6.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60778561 | | | Tax: | $0.50 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $6.50 |
| Case Number: | 2011CV2654 | Case Style: | GRYNBERG, JACK J vs. BAR S SERV INC et al | | | | |
| Doc Title: | Affidavit of Service - Bar S Serv Inc by handing Summons and Complaint and Jury Demand to Patiricia Smith (owner) on · | | | | | | |
| Description: | | | | | | | |

| Item: | Document Fee | Date: | 5/1/2011  8:14:09AM | Qty: | 1 | Fee: | $6.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60778562 | | | Tax: | $0.50 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $6.50 |
| Case Number: | 2011CV2654 | Case Style: | GRYNBERG, JACK J vs. BAR S SERV INC et al | | | | |
| Doc Title: | Affidavit of Service - Patricia Smith by handing Summons and Complaint and Jury Demand to Patiricia Smith personally o | | | | | | |
| Description: | | | | | | | |

| Item: | Document Fee | Date: | 5/2/2011  12:57:36PM | Qty: | 1 | Fee: | $6.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60797700 | | | Tax: | $0.50 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $6.50 |
| Case Number: | 2011CV2654 | Case Style: | GRYNBERG, JACK J vs. BAR S SERV INC et al | | | | |
| Doc Title: | Affidavit of Service - Greg Smith by handing Summons and Complaint and Jury Demand to Patiricia Smith (accepted on b | | | | | | |
| Description: | | | | | | | |

| Item: | Document Fee | Date: | 5/2/2011  12:58:15PM | Qty: | 1 | Fee: | $6.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60797757 | | | Tax: | $0.50 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $6.50 |
| Case Number: | 2011CV2654 | Case Style: | GRYNBERG, JACK J vs. BAR S SERV INC et al | | | | |
| Doc Title: | Affidavit of Service - FNB of Wyoming Headquarters by handing Summons and Complaint and Jury Demand to Liz Ontive | | | | | | |
| Description: | | | | | | | |

| Item: | Document Fee | Date: | 5/2/2011  12:59:30PM | Qty: | 1 | Fee: | $6.00 |
|---|---|---|---|---|---|---|---|
| Purchased By: | Pickering, Robert G | RecordID: | 60797831 | | | Tax: | $0.50 |
| Court Name: | CO Denver County District Court 2nd JD | | | | | Total: | $6.50 |
| Case Number: | 2011CV2654 | Case Style: | GRYNBERG, JACK J vs. BAR S SERV INC et al | | | | |
| Doc Title: | Affidavit of Service - FNB of Wyoming Branch by handing Summons and Complaint and Jury Demand to Christina Fanter | | | | | | |
| Description: | | | | | | | |

**IOUARD & PICKERING, P.C.**                                                6599

LexisNexis CourtLink                                     6/13/2011
Date        Type Reference          Original Amt.  Balance Due    Discount      Payment
6/13/201    Bill   2011050006331501      214.00       214.00                     214.00
                                                                  Check Amoun    214.00

Homestate Bank     0006331501                                                   214.00

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

DAUSTER REPORTING SERVICE
1500 Longs Peak Drive
Fort Collins, Colorado 80524
(970) 631-5925
TAX ID: 61-1522737

MR. ROBERT G. PICKERING
Attorney at Law
JOUARD & PICKERING, PC
2038 Caribou Drive, Suite 100
Fort Collins, Colorado 80525

GRYNBERG v. BAR S SERVICES

Case No. 11-CV-00269-NDF

Deposition of: JACK GRYNBERG
Invoice No. 2028
Billing Date: December 23, 2011
Date of Deposition: December 15, 2011

| | |
|---|---|
| Appearance Half Day | $ 75.00 |
| Original + ETranscript | $397.85 |
| Exhibits scanned and sent via email | $ 13.75 |
| TOTAL: | $486.60 |

**JOUARD & PICKERING, P.C.** 6850

   Dauster Reporting Service 12/27/2011

                        Bar S 486.60

Homestate Bank    Invoice 2028 486.60

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

DAUSTER REPORTING SERVICE
1500 Longs Peak Drive
Fort Collins, Colorado 80524
(970) 631-5925
TAX ID: 61-1522737

MR. ROBERT G. PICKERING
Attorney at Law
JOUARD & PICKERING, PC
2038 Caribou Drive, Suite 100
Fort Collins, Colorado 80525

GRYNBERG v. BAR S SERVICES

Case No. 11-CV-00269-NDF

Deposition of: WILLIAM GENE WEBB
Invoice No. 2026
Billing Date: November 21, 2011
Date of Deposition: November 10, 2011

| | |
|---|---|
| Appearance Half Day | $ 75.00 |
| Original + Condensed + ETranscript | $514.65 |
| Exhibits scanned to CD | $ 75.50 |
| Shipping/Delivery | $  5.00 |
| TOTAL: | $670.15 |

**|OUARD & PICKERING, P.C.**                                                                    6806

    Dauster Reporting Service                                                    11/30/2011

                     Bar S                                                                        670.15

Homestate Bank     Case 11-CV-00269-NDF                                                    670.15

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

DAUSTER REPORTING SERVICE
1500 Longs Peak Drive
Fort Collins, Colorado 80524
(970) 631-5925
TAX ID: 61-1522737

MR. ROBERT G. PICKERING
Attorney at Law
JOUARD & PICKERING, PC
2038 Caribou Drive, Suite 100
Fort Collins, Colorado 80525

GRYNBERG v. BAR S SERVICES

Case No. 11-CV-00269-NDF

Deposition of: PATRICIA M. SMITH and ED ROUTON
Invoice No. 1202
Billing Date: January 17, 2012
Date of Deposition: January 4 and 5, 2012

| Appearance | -- |
|---|---|
| Copy (2) + ETranscript (2) | $486.00 |
| Exhibits attached and scanned in-house | $ 22.00 |
| TOTAL: | $508.00 |

JOUARD & PICKERING, P.C.                                              6884
    Dauster Reporting Service                          1/25/2012
                                    Bar S - Case 11-CV-00269-NDF        508.00


Homestate Bank     Invoices 1202                                       508.00

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

DAUSTER REPORTING SERVICE
1500 Longs Peak Drive
Fort Collins, Colorado 80524
(970) 631-5925
TAX ID: 61-1522737

MR. ROBERT G. PICKERING
Attorney at Law
JOUARD & PICKERING, PC
2038 Caribou Drive, Suite 100
Fort Collins, Colorado 80525

GRYNBERG v. BAR S SERVICES

Case No. 11-CV-00269-NDF

Deposition of: GREGORY K. SMITH and JEFFREY WEST
Invoice No. 1209
Billing Date: March 2, 2012
Date of Deposition: February 24, 2012

| Appearance | -- |
|---|---|
| Copy (2) + ETranscript (2) | $146.00 |
| Expedited Excerpt | $ 28.25 |
| Exhibits | None Marked |
| TOTAL: | $174.25 |

**IOUARD & PICKERING, P.C.**                                              6961

    Dauster Reporting Service                    3/5/2012

                 Bar S - Case 11-CV-00269-NDF           174.25

Homestate Bank      Invoices 1209                                        174.25

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

A

DAUSTER REPORTING SERVICE
1500 Longs Peak Drive
Fort Collins, Colorado 80524
(970) 631-5925
TAX ID: 61-1522737

MR. ROBERT G. PICKERING
Attorney at Law
JOUARD & PICKERING, PC
2038 Caribou Drive, Suite 100
Fort Collins, Colorado 80525

## GRYNBERG v. BAR S SERVICES

Case No. 11-CV-00269-NDF

Deposition of: JUSTIN SMITH, JEAN BROWN, FLORENCE ENGEL and DANIEL BURBACH
Invoice No. 1204
Billing Date: February 15, 2012
Date of Deposition: February 6 and 7, 2012

| Appearance | -- |
|---|---|
| Copy (4) + ETranscript (4) | $366.00 |
| Exhibits | $ 12.00 |
| TOTAL: | $378.00 |

**JOUARD & PICKERING, P.C.**                                                6947

    Dauster Reporting Service                    2/27/2012

                   Bar S - Case 11-CV-00269-NDF                    378.00

Homestate Bank          Invoices 1204                                       378.00

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

# Janet Davis, RMR, FCRR
## Federal Official Court Reporter
### United States District Court of Wyoming

To:

| Mr. Robert G. Pickering |
| Jouard & Pickering, PC |
| Suite 100 |
| 2038 Caribou Drive |
| Fort Collins, CO 80525 |

**Employer I.D. No.** 83-0210241

| Invoice Date: |
| :-- |
| 5/30/2012 |

| Invoice No. |
| :-- |
| 30138 |

**RE:** Grynberg vs. Bar S. Services
**Transcript:** Trial Proceedings, Vol I, Excerpt, Rea
**Date:** 5/15/2012      **Case No.** 11-CV-269-F
**Taken By:** Janet Davis

| Code | Description | Qty | Amount | Charges |
|------|-------------|-----|--------|---------|
| RO | Realtime Unedited E-Transcript | 4 | 3.05 | 12.20 |
| Notes: | | | | |
| | | | **Total:** | **12.20** |

## PLEASE MAKE CHECKS PAYABLE TO:

### Wyoming Reporting Service, Inc.
### P.O. Box 165
### Cheyenne, WY 82003

| TOTAL BALANCE DUE: | 12.20 |
|--------------------|-------|

**JOUARD & PICKERING, P.C.**
PROFESSIONAL ACCOUNT
2038 CARIBOU DR, SUITE 100
FORT COLLINS, CO 80525

2114

82-477-1070

DATE 5/30/12

PAY
TO THE
ORDER OF Wyoming Reporting Service, Inc.

$ 12.20

Twelve and 20/100

DOLLARS

**Home State**
B A N K

(970) 203-6100
Telebank (970) 635-1993
3227 Timberline Rd
Fort Collins, CO 80525

Security Features
Included.
Details on Back

FOR

MP

**FedEx** Office℠

FedEx Office is your destination
for printing and shipping.

2510 E Harmony Rd
Fort Collins, CO 80528
Tel: (970) 204-9504

5/9/2012      10:16:27 AM MST
Team Member: Brian L.
Customer: Laura Bankston
Account #: XXXXX8911-0007
Account: ROBERT G PICKERING

SALE

| Exhibits | Qty 5 | 371.70 |
|---|---|---|
| CLR 1S on 32# Wht | 630 @ | 0.5900 T |
| 000224 Reg. Price | .69 | |
| Price per piece | 74.34 | |
| Regular Total | 434.70 | |
| Discounts | 63.00 | |

| Sub-Total | 371.70 |
|---|---|
| Tax | 28.06 |
| Deposit | 0.00 |

| **Total** | **399.76** |
|---|---|

| AmEx (S) | 399.76 |
|---|---|
| Account: 2002 | |
| Auth: 527319 (A) | |

# STAPLES

Billing Inquiries
(800) 621-6478
Product/Shipment Inquiries
(888) 238-6329

| Order # | Order Ref # | Order Date | | Invoice Number |
|---|---|---|---|---|
| 260059911-001 | 326155796 | 04/23/12 | | 113272142 |
| Order Contact | Phone # | Acct Executive | | Invoice Date |
| Laura Bankston | (970) 482-1977 | Less $6K SBA | | 04/23/12 |
| Payment Terms | | Due Date | | Customer Number |
| NET PMT IN 30 DAYS | | 05/23/12 | | 15421192 |
| Prompt Values | | | | |
| 1. SHIP TO - 001 2038 CARIBOU DR | | | | |
| 2. PONO - | | | | |
| 3. - | | | | |
| 4. - | | | | |

Ship To:

⊞

# INVOICE

2519-0101-01017763-0001-0002494-P01763
JOUARD AND PICKERING PC
LAURA BANKSTON
2038 CARIBOU DR
STE 100
FORT COLLINS CO 80525-4326

CLOSED BETWEEN 12PM-1PM
JOUARD AND PICKERING PC
2038 CARIBOU DR
STE 100
FORT COLLINS, CO 80525-4326

| Order Line# | CEXP Product# | Customer Product# | Product Description | Order UOM | Qty Ord | Qty Ship | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | AVE5892 | | LBL,LASR,CD,WE,40/PK | PK | 1 | 1 | 13.27 | 13.27 |
| 2 | STP445567 | | CASE,JEWEL,THIN,50PK | PK | 1 | 1 | 14.42 | 14.42 |
| 3 | SWI35440 | | STAPLE,HLF STRP,1/4",5M | BX | 1 | 1 | 3.48 | 3.48 |
| 4 | BRTTN350 | | TONER CTRG,BRT FAX2820 | EA | 2 | 2 | 45.44 | 90.88 |
| 6 | AVE79604 | | BNDR,DRNG,VU,LTR,4",BK | EA | 4 | 4 | 14.12 | 56.48 |
| 7 | AVE8366 | | LBL,INKJT,FFLDR,WE,750/PK | PK | 1 | 1 | 17.49 | 17.49 |
| 8 | AVE16282 | | TAB,SLF ADH,1.75X1,WE,80 | PK | 1 | 1 | 6.37 | 6.37 |

| | | |
|---|---|---|
| Product | $ | 202.39 |
| Tax | $ | 15.27 |
| Freight | $ | 0.00 |

To ensure proper credit, please return the above portion with your payment. Please write your account number on your check.

1-2

**HOME STATE BANK**
*VISA BUSINESS CARD MAY 2012*

ROBERT G PICKERING
*Account Ending in 0827*

## Account Information Summary

| | |
|---|---|
| Account Number | |
| Credit Limit | $5,000.00 |
| Total Available Credit | $4,477.00 |
| Cash Credit Limit | $5,000.00 |
| Available Cash Credit | $4,477.00 |
| Statement Closing Date | 05/06/12 |
| Days in Billing Cycle | 30 |
| Previous Balance | $31.40 |
| Payments – | $31.40 |
| Other Credits – | $0.00 |
| Purchases and Adjustments + | $522.51 |
| Cash Advances + | $0.00 |
| Fees Charged + | $0.00 |
| Interest Charged + | $0.00 |
| New Balance | $522.51 |

## Account Inquiries

| | |
|---|---|
| Call Member Service | 1-800-442-4757 |
| Direct | 972-391-6840 |
| Report a Lost or Stolen Card | 1-800-442-4757 |

**SEND BILLING INQUIRIES TO:**
PO BOX 815909, DALLAS TX 75381-5909
Visit us online at www.GoToMyCard.com

## Payment Information

| | |
|---|---|
| New Balance | $522.51 |
| **Minimum Payment Due** | **$13.00** |
| Current Minimum Amount Due | $13.00 |
| Past Due Amount | $0.00 |
| Overlimit Amount Due | $0.00 |
| Payment Due Date | 06/03/12 |

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 11 years | $856 |
| $18 | 3 years | $633 *(Savings= $223)* |

If you would like information about credit counseling services, call 1-866-344-8860

## Transactions

| Trans Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 04/09 | 04/11 | 2441800FM2Y4ZL1F0 | | |
| 04/18 | 04/18 | F529500FX00CHGDDA | | |
| 04/26 | 04/27 | 2451239G5S66QWL8A | | |
| 04/27 | 04/29 | 2401339G70P2DKALH | | |
| 04/27 | 04/29 | 2441295G6619PW3AR | INDOFF INCORPORATED    314-997-1122 MO | 41.51 |
| 04/27 | 04/29 | 2444500G7HF2EDJ6G | | |
| 05/03 | 05/04 | 2475542GQ7K9M3J8Z | | |
| 05/06 | 05/06 | 2444500GFHF0KT9EF | | |

| | | |
|---|---|---|
| **Fees** | | |
| TOTAL FEES FOR THIS PERIOD | | 0.00 |
| **Interest Charged** | | |
| Interest Charge on Purchases | | 0.00 |

| | | |
|---|---|---|
| 05/06 | 05/06 | |

5916  0001  PND      1      7  6   120646      Page 1 of 2      5295  2124  1248  01AC5910      207

# JOUARD & PICKERING, P.C.

## Attorneys at Law
### 2038 Caribou, Suite 100
### Fort Collins, CO  80525

Bar S Services, Inc.
Patricia Smith, Greg K. Smith
3330 I-80 Frontage Road
Cheyenne WY 82009

May 30, 2012                    Invoice #    9194

In Reference To:        Jack J. Grynberg, d/b/a/ Grynberg Petroleum Company v.
                        Bar S Services, Inc. et. al.

        Additional Charges :

                                                                    Amount

Trial Exhibits - black & white copies                                95.25

        **Total additional charges**                               **$95.25**

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT
# Bill for Collection

**Bill Number:** 2012014789

**Date:** 01/11/2012

**Make Remittance Payable To DOI/BLM and Mail To:**
DIV OF SUPPORT SERVICES
PO BOX 1828
CHEYENNE, WY 82003-1828
(307)775-6136

*Jon - please pay ASAP*
*Barb*

Please include bill
number on all
remittances.

**Payor:** JOUARD & PICKERING PC
2038 CARIBOU DR UNIT 100
FORT COLLINS, CO 80525-4326 US

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | PROFESSIONAL GS 8-12 (PER 1/4 HR) AFTER 08/01/2010 | $42.00 |
| | COPIES (B/W UP TO 11X17)-$.13/P | $17.68 |
| | CLERICAL STAFF | $24.00 |
| | | |
| | BLM CONTACT: MARK ARCHER, (307)775-6180 | |

| | |
|---|---|
| **AMOUNT DUE THIS BILL:** | **$83.68** |
| **DATE DUE:** | **02/10/2012** |

- WY 2012 024 FOIA request
- Interest will be assessed at the rate of 1% per year if full payment is not made.
- See attached Notice of Actions in Event of Delinquency.
- Payment can be made by cash, check, money order or credit card. We accept Visa, Mastercard, Discover, and American Express. If paying by phone, please call the office number listed above.
- If the above name and address is incorrect, please contact the BLM office listed above.

This Bill was generated by the automated BLM Collections and Billings System and is a paper representation of a portion of the official electronic record contained therein.

**IOUARD & PICKERING, P.C.**                                                          6867

    Bureau of Land Management                                    1/18/2012

             Bar S                                                          83.68

Homestate Bank     Bill # 2012014789                         83.68

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

SFN 6988                                                    **32143**

Return This Copy With Remittance

## NORTH DAKOTA INDUSTRIAL COMMISSION
Department of Mineral Resources
600 E Boulevard
Bismarck ND 58505-0840

1/20/2012

TO:  JOUARD & PICKERING, PC
2038 CARIBOU DRIVE SUITE 100
FORT COLLINS, CO 80525

| Purchase Order No. |
| --- |
|  |

Phone No: 

| Dept ID | Description | Quantity | Item Cost | Total |
| --- | --- | --- | --- | --- |
| 2100 463007 | PUBLIC RECORD COPIES | 49 | $0.25 | $12.25 |

| Total in US Funds | $12.25 |
| --- | --- |

JAB

OUARD & PICKERING, P.C.                                          6885

    North Dakota Industrial Commission                    1/25/2012
                    Bar S                    12.25

Homestate Bank                                                    12.25

DELUXE CORP` 1+800-328-0304  www.deluxeforms.com

SFN 6988                                                          **33428**

# North Dakota Industrial Commission

Department of Mineral Resources
600 E Boulevard
Bismarck ND 58505-0840

5/8/2012

TO: ROBERT G. PICKERING

JOUARD & PICKERING, P.C.

2038 Caribou Drive, Suite 100

FORT COLLINS, CO 80525

Phone No: (970) 482-1977

| Cost Center | Description | Quantity | Item Cost | Total |
|---|---|---|---|---|
| 2250 463005 | Record Certification | 1 | $3.00 | $3.00 |
| 2250 463005 | Copies | 38 | $0.25 | $9.50 |
| | | **Total in US Funds** | | $12.50 |

Purchase Order No.

LAP

2112

JOUARD & PICKERING, P.C.
PROFESSIONAL ACCOUNT
2038 CARIBOU DR. SUITE 100
FORT COLLINS, CO 80525

82-477-1070

PAY
TO THE
ORDER OF _North Dakota Industrial Commission_____ DATE _5/8/12_  $ _12.50_

_Twelve and 50/100_____ DOLLARS

Home State
B A N K
(970) 203-6100
Telebank (970) 635-1993
3227 Timberline Rd
Fort Collins, CO 80525

FOR